ACCEPTED
01-15-00331-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/2/2015 1:44:50 PM
CHRISTOPHER PRINE
CLERK

NO. 01-15-00331-CV

IN THE COURT OF APPEALS FOR THE
FIRST COURT OF APPEALS DISTRICT OF TEXAS
HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
7/2/2015 1:44:50 PM
CHRISTOPHER A. PRINE
Clerk

MARIA RESENDIZ,

Plaintiff, Appellant,

v.

SELLERS BROS. INC.,

Defendant, Appellee.

ON APPEAL FROM THE COUNTY CIVIL COURT AT LAW NUMBER 1 OF HARRIS
COUNTY, TEXAS
TRIAL COURT CAUSE NO. 1046397

**APPELLANT'S FIRST UNOPPOSED MOTION
TO EXTEND TIME TO FILE APPELLANT'S BRIEF**

Jack Todd Ivey
State Bar No.: 00785985
Jacob Barber
State Bar No.: 24076258
Ivey Law Firm, P.C.
11111 Katy Freeway, Suite 580
Houston, Texas 77079
713/225-0015 (Telephone)
713/225-5313 (Facsimile)

ATTORNEYS FOR APPELLANT
MARIA RESENDIZ

## IDENTITY OF PARTIES AND COUNSEL

APPELLANT:    Maria Resendiz

COUNSEL:    Mr. Jack Todd Ivey
State Bar No.: 00785985
Mr. Jacob Barber
State Bar No.: 24076258
Ivey Law Firm, P.C.
11111 Katy Freeway, Suite 580
Houston, Texas 77079
713/225-0015 (Telephone)
713/225-5313 (Facsimile)


APPELLEE:    Sellers Bros. Inc.

COUNSEL:    Mr. William C. Book, Jr.
State Bar No.: 02622000
Mr. Darren E. Ticer
State Bar No.: 24067907
Tekell, Book, Allen & Morris, L.L.P.
1221 McKinney, Suite 4300
Houston, Texas 77010
713/222-9542 (Telephone)
713/655-7727 (Facsimile)

**TO THE HONORABLE JUSTICES OF THE FIRST COURT OF APPEALS:**

Pursuant to TEX. R. APP. P. 10.1 and 38.6(d), the Appellant, Maria Resendiz, files this First Unopposed Motion to Extend Time to File Appellant's Brief. Maria Resendiz's opening brief is due on July 9, 2015. Counsel for Maria Resendiz requests a 46-day extension of time to file its brief, making the brief due on **August 24, 2015.** This is the first request for extension of time to file the opening brief.

In addition to the routine matters that counsel must attend to in daily practice counsel for Maria Resendiz seeks this extension of time to be able to prepare a cogent and succinct brief to aid this Court in its analysis of the issues presented. This request is not sought for delay but so that justice may be done.

The undersigned has conferred with opposing counsel, and he has indicated that his client does not oppose this motion.     All facts recited in this motion are within the personal knowledge of the counsel signing this motion, therefore no verification is necessary under Texas Rule of Appellate Procedure 10.2.

**PRAYER FOR RELIEF**

For the reasons set forth above, Appellant requests that this Court grant this First Unopposed Motion to Extend Time to File Appellant's Brief and extend the deadline for filing the Appellant's Brief up to and including **August 24, 2015**. Patricia Gonzalez requests all other relief to which she may be entitled.

Respectfully submitted,

IVEY LAW FIRM, P.C.


_/s/  Jack Todd Ivey_

Jack Todd Ivey
State Bar No.: 00785985
Mr. Jacob Barber
State Bar No.: 24076258
Ivey Law Firm, P.C.
11111 Katy Freeway, Suite 580
Houston, Texas 77079
713/225-0015 (Telephone)
713/225-5313 (Facsimile)

ATTORNEYS FOR APPELLANT
MARIA RESENDIZ

## CERTIFICATE OF CONFERENCE

Pursuant to TEX. R. APP. P. 10.1(a)(5), I certify that the undersigned conferred with opposing counsel who indicated that her client is ***unopposed*** to this motion.


_/s/  Jack Todd Ivey_
Jack Todd Ivey

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been delivered unto all interested parties, in accordance with TEX. R. APP. P. 9.5, on the 2nd day of July, 2015.

Mr. William C. Book, Jr.
Mr. Darren E. Ticer
Tekell, Book, Allen & Morris, L.L.P.
1221 McKinney, Suite 4300
Houston, Texas 77010

**Via Facsimile - 713/655-7727**

*/s/ Jack Todd Ivey*
Jack Todd Ivey